UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | |
| STEVEN A. ADLER | : | Misc. 03-380(GEB) |
| An Attorney-at-Law | : | O R D E R |

It appearing that respondent, Steven A. Adler, was ordered to show cause before this court on Tuesday, January 13, 2004, why he should not be temporarily suspended from the practice of law before this court until further Order of the court; and

It further appearing that, as of the return date, there was neither a personal appearance nor a written response filed by or on behalf of respondent;

It is on this   22d  , day of January, 2004,

ORDERED that Steven A. Adler be and he hereby is temporarily suspended from the practice of law before this Court until further Order of the Court; and

It is further ORDERED that Steven A. Adler be and he hereby is restrained and enjoined from the practice of law before this Court during the period of suspension.

                                            s/ John W. Bissell    
                                                  Chief Judge  
                                    United States District Court